JS - 6

**FILED: 2/24/14**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA S. HARPER, et al ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHASE BANK USA, N.A. ) <br> ) <br> Defendants. ) <br> _____) | **CASE NO. CV 13-4826 GHK (PJWx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED: 2/24/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE